Joshua W. Carden, SBN 021698
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Josephine Borchardt,

               Plaintiff,

v.

Harkins Fashion Square, LLC,

               Defendant.

Cause No. 2:17-cv-01727-DJH

**EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to LRCiv 83.3(b)(1), Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), attorney Joshua W. Carden and the Joshua Carden Law Firm, P.C. hereby apply to this Court to withdraw as counsel for Plaintiff Josephine Borchardt. Irreconcilable differences have arisen between counsel and Plaintiff regarding the litigation process. If this Application is granted, the following contact information is where the defendant can be reached by mail or telephone:

    c/o John Egbert

    16444 North 91st Street, Suite 100

    Scottsdale, Arizona 85260

    (480) 471-5583

This matter has not been set for trial, thus LRCiv 83.3(b)(3) does not apply. Discovery has been completed and no motions are currently pending. The dispositive motion deadline is currently set for **September 28, 2018.** If no such motion is filed, the Plaintiff's Notice of Readiness for trial is due by **October 8, 2018.**



1

Respectfully submitted on this 6th day of September, 2018,

JOSHUA CARDEN LAW FIRM, P.C.

By: s/Joshua W. Carden
Joshua W. Carden

**Client Approval**

I, Josephine Borchardt, hereby give my approval to the withdrawal of Joshua W. Carden and the Joshua Carden Law Firm, P.C. as my counsel in this matter.

Dated: _____September 6 2018_____

_____

Josephine Borchardt



2

1

**CERTIFICATE OF SERVICE**

2      Pursuant to LRCiv 83.3, this application is initially being presented *ex parte* to the Court.

3  A certificate of service and notice of the entry of the order upon Defendant will be filed upon the

4  Court signing the order.

5

6                                                    /s/Joshua W. Carden

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of September, 2018, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Copy by Email to John Egbert - johnegbert@jsslaw.com – Attorney for Defendant.

/s/Joshua W. Carden